

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 9, 2023

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**   ***Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc.*,**
             **Civil Action No. 22-cv-7528 (CCC) (JSA) (*Teva Case*)**

             ***Vanda Pharmaceuticals Inc. v. Apotex Corp. et al.*,**
             **Civil Action No. 22-cv-7529 (CCC) (JSA) (*Apotex Case*)**

Dear Judge Cecchi:

      This Firm, along with McDermott Will & Emery LLP, represents Plaintiff Vanda Pharmaceuticals Inc. (Vanda) in the above-captioned matters against Defendants Teva Pharmaceuticals USA, Inc. (Teva) and Apotex Inc. and Apotex Corp. (Apotex) (collectively, Defendants).

      Further to this Court's January 6 Order (*Apotex Case*, ECF No. 16; *Teva Case*, ECF No. 19), we write to respectfully request an extension of the deadline for Vanda to oppose Defendants' Cross Motion to Transfer Under 28 U.S.C. § 1404 of one week from January 10, 2023 to January 17, 2023. Vanda requires additional time to properly address Defendants' arguments to have these matters transferred.

      For clarity, Vanda intends to submit its reply to Defendants' Opposition on the Temporary Restraining Order on January 10, 2023 (as currently required by the Scheduling Order, *Apotex Case*, ECF No. 11; *Teva Case*, ECF No. 14). Vanda respectfully submits that, with the TRO issue fully briefed, the Court should proceed to rule on the pending TRO at its earliest opportunity.

      Similar to Defendants' earlier request, Vanda further respectfully requests a ten-page extension of the page limits for this forthcoming briefing, for a total of 50 pages in 14-point font instead of 40 pages in 14-point font (*see* L. Civ. R. 7.1(h)), to be divided between Vanda's submissions.

      Vanda has conferred with counsel for Defendants, who have asked Vanda to present their position as follows:

Hon. Claire C. Cecchi, U.S.D.J.
January 9, 2023
Page 2

      Defendants consent to Vanda's requested page-extension and do not oppose a reasonable extension of Vanda's filing deadline. However, it is Defendants' position that their cross-motion to transfer should be decided before the TRO Motion, and certainly the TRO Motion should not be considered separately before briefing is complete on the cross-motion. Defendants take no position concerning Vanda's request to submit two briefs on different deadlines and defer to the Court's preference.

      If this application meets with Your Honor's approval, Vanda respectfully requests that the Court endorse this letter on the **"SO ORDERED"** line below and enter on the docket.

      We thank the Court for its consideration.

      Respectfully submitted,

      s/ Justin T. Quinn
      Justin T. Quinn

**SO ORDERED.**

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**

cc:    All counsel of record (via ECF)