Liza M. Walsh
Christine I. Gannon
Lauren R Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
(973) 757-1090 (fax)

Kaan Ekiner
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000

*Of Counsel* (admitted *pro hac vice*):
J.C. Rozendaal
Deirdre M. Wells
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-2600
(202) 371-2540 (fax)

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Of Counsel* (*pro hac vice* forthcoming):
W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
1200 Nineteenth Street N.W.
Washington, D.C. 20036
(202) 912-4800

Keri Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street
New York, NY 10007
(212) 509-9400

*Counsel for Defendants Apotex Inc. and Apotex Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VANDA PHARMACEUTICALS INC.,<br><br>    *Plaintiff*,<br><br>        v. | C.A. No. 2:22-cv-07528-CCC-JSA |

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.<br><br>*Defendant.*<br><br>VANDA PHARMACEUTICALS INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>*Defendants.* | C.A. No. 2:22-cv-07529-CCC-JSA |

**DEFENDANTS' NOTICE OF CROSS-MOTION TO**
**TRANSFER UNDER 28 U.S.C. § 1404(a)**

**PLEASE TAKE NOTICE** that on February 6, 2023, or as soon thereafter as counsel may be heard, Defendants Teva Pharmaceuticals USA, Inc., Apotex Inc. and Apotex Corp. ("Defendants") shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, Courtroom MLK 5B, for the entry of an Order granting Defendants' Cross-Motion to Transfer Under 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely upon its Brief submitted herewith, the Declarations of Liza M.

Walsh, Bryan Bart, and Dr. John W. Winkelman, with Exhibits annexed thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated:  January 6, 2023 | Respectfully submitted, |
| *s/ Kaan Ekiner* | *s/ Liza Walsh* |
| Kaan Ekiner (No. 027582011) | Liza M. Walsh |
| **COZEN O'CONNOR** | Christine I. Gannon |
| 1201 North Market Street | Lauren R. Malakoff |
| Suite 1001 | **WALSH PIZZI O'REILLY** |
| Wilmington, DE 19801 | **FALANGA LLP** |
| (302) 295-2000 | Three Gateway Center |
| | 100 Mulberry Street, 15th Floor |
| *Of Counsel*: | Newark, NJ 07102 |
| W. Blake Coblentz (*pro hac vice* forthcoming) | (973) 757-1100 |
| Aaron S. Lukas (*pro hac vice* forthcoming) | (973) 757-1090 (fax) |
| **COZEN O'CONNOR** | *Of Counsel:* |
| 1200 Nineteenth Street, N.W. | John Christopher Rozendaal |
| Washington, D.C. 20036 | Deirdre M. Wells |
| (202) 912-4800 | William H. Milliken |
| | Sasha S. Rao |
| Keri Schaubert (*pro hac vice* forthcoming) | **STERNE KESSLER GOLDSTEIN & FOX PLLC** |
| **COZEN O'CONNOR** | 1100 New York Avenue, N.W. |
| 3 WTC, 175 Greenwich Street | Washington, DC  20005 |
| New York, NY 10007 | (202) 371-2600 |
| (212) 509-9400 | |
| | *Counsel for Defendant Teva Pharmaceuticals USA, Inc.* |
| *Counsel for Defendants Apotex Inc. and Apotex Corp.* | |

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Liza Walsh*