

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 15, 2023

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**   ***Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc.*,**
> **Civil Action No. 22-cv-7528 (CCC) (JSA)**
>
> ***Vanda Pharmaceuticals Inc. v. Apotex Corp. et al.*,**
> **Civil Action No. 22-cv-7529 (CCC) (JSA)**

Dear Judge Allen:

This Firm, along with McDermott Will & Emery LLP, represents Plaintiff Vanda Pharmaceuticals Inc. (Vanda) in the above-captioned matters.  On Friday, the Court set a Zoom Case Management Conference for January 17, 2023 at 11:30 AM.  We write to request that the conference be moved to any time after 1:30 PM on January 17, due to a scheduling conflict with Vanda's lead counsel, who has argument that morning before the United States Supreme Court. We wrote Defendants' counsel on Friday but have not yet received a response.

Nonetheless, if this request meets with Your Honor's approval, Vanda kindly asks that the conference proceed after 1:30 PM on January 17, at any time convenient for the Court.  We thank Your Honor for her consideration of this submission.

Respectfully submitted,

s/ Justin T. Quinn
Justin T. Quinn

cc:   All counsel of record (via ECF)