

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 16, 2023

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc.*,
     **Civil Action No. 22-cv-7528 (CCC) (JSA)**

     *Vanda Pharmaceuticals Inc. v. Apotex Corp. et al.*,
     **Civil Action No. 22-cv-7529 (CCC) (JSA)**

Dear Judge Allen:

   This Firm, along with McDermott Will & Emery LLP, represents Plaintiff Vanda Pharmaceuticals Inc. (Vanda) in the above-captioned matters. We write to provide an update to Vanda's January 15 correspondence. Vanda has since heard from counsel for both Teva and Apotex, who have no objection to the requested adjustment but have advised of a conflict beginning at 3:00 PM.

   If this timeframe works for the Court, Vanda kindly asks that its request be accommodated. We thank Your Honor for her consideration of this submission.

              Respectfully submitted,

              s/ Justin T. Quinn
              Justin T. Quinn

cc: All counsel of record (via ECF)