

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 17, 2023

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc.*,
            **Civil Action No. 22-cv-7528 (CCC) (JSA)**

           *Vanda Pharmaceuticals Inc. v. Apotex Corp. et al.*,
           **Civil Action No. 22-cv-7529 (CCC) (JSA)**

Dear Judge Allen:

      This Firm, along with McDermott Will & Emery LLP, represents Plaintiff Vanda Pharmaceuticals Inc. (Vanda) in the above-captioned matters. I write to confirm that all Parties are available to proceed with the Case Management Conference on Friday, January 20, 2023 at 4:00 PM.

      We thank the Court for its consideration of this submission.

                                            Respectfully submitted,

                                            s/ Justin T. Quinn
                                            Justin T. Quinn

cc:    All counsel of record (via ECF)