

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 27, 2023

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Vanda Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc.*,
      Civil Action No. 22-cv-7528 (CCC) (JSA)

Dear Judge Cecchi:

This Firm, along with McDermott Will & Emery LLP, represents Plaintiff Vanda Pharmaceuticals Inc. (Vanda) in the above-captioned matter. We do not wish to burden the Court with yet another letter, but we must correct the record and address Defendant's most-recent correspondence to Your Honor. Teva seems intent on writing the Court should it not receive a response from Vanda within an hour. The Parties have sophisticated counsel here who work together amicably, and Vanda trusts that, going forward, the letter writing can be minimized, particularly when, as here, Teva does not actually request any relief from the Court, and where Vanda *did in fact* respond to Teva's request.

To be sure, Vanda explained fully why it could not provide an unredacted copy of the filing. The reasoning plainly was in the letter that Vanda not only filed with the Court, but served on Teva at 12:38 PM this afternoon. Vanda provided another response to Teva (and Apotex) at 4:39 PM ET. And before receiving Teva's letter, Vanda provided yet another response, repeating why an unredacted copy of the submission could not be provided, but stating unequivocally that Vanda would not object to an application that asked Your Honor to "require [the] pro[duction] of this information . . . on an outside-counsel-eyes-only-basis."

Vanda regrets having to write this corrective letter and is hopeful that we will not need to burden the Court further on this issue. We thank the Court for its consideration.

Respectfully submitted,

s/ Justin T. Quinn
Justin T. Quinn

cc:   All counsel of record (via ECF)