NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., Plaintiff, v. TEVA PHARMACEUTICALS USA, INC., Defendant. | Civil Action Nos.: 22-7528; 22-7529 **ORDER** |
| VANDA PHARMACEUTICALS INC., Plaintiff, v. APOTEX INC. et al, Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court on defendants Teva Pharmaceuticals USA, Inc., Apotex Inc., and Apotex Corp.'s cross-motions to transfer pursuant to 28 U.S.C. § 1404. *See* No. 22-7528, ECF No. 23; No. 22-7529, ECF No. 18. Plaintiff opposed the motions. *See* No. 22-7528, ECF No. 40; No. 22-7529, ECF No. 38. Having considered the parties' submissions, including various declarations and exhibits in addition to the briefing,[1] and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 10th day of February, 2023,

---

[1] *See, e.g.,* No. 22-7528, ECF Nos. 23-1, 23-2, 23-3, 24, 40-1, 40-2, 40-3, 40-4, 40-5, 40-6; No. 22-7529, ECF Nos. 18-1, 18-2, 18-3, 18-4, 18-5, 18-6, 38-1, 38-2, 38-3, 38-4, 38-5, 38-6.

1

**ORDERED** that Defendants cross-motions to transfer these matters to the District of Delaware (22-7528, ECF No. 23; No. 22-7529, ECF No. 18) are **GRANTED**.

*s/ Claire C. Cecchi*

**CLAIRE C. CECCHI, U.S.D.J.**
